# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JASON E. NORNHOLD          CASE NO.: 1:22-bk-00063

DEBTOR          CHAPTER 13

## CERTIFICATION REGARDING SERVICE OF AMENDED CHAPTER 13 PLAN

The undersigned, counsel for the above-captioned Debtor(s), hereby certifies that the Second Amended Chapter 13 Plan filed on January 23, 2023 proposes to surrender real property. I further certify that notice of the filing of the Second Amended Chapter 13 Plan has been served on the above listed creditors and the Chapter 13 trustee, as evidenced by the attached certificate of service, and that no other party, other than the creditors listed above, will be affected by the provisions of the Second Amended Chapter 13 Plan.

Dated: January 23, 2023          /s/ Nicholas G. Platt, Esquire
         Counsel for Debtor(s)

1