IN THE UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JASON E. NORNHOLD | CASE NO.: 1:22-bk-00063 |
| DEBTOR | CHAPTER 13 |

ORDER ON DEBTOR'S MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

UPON CONSIDERATION of Debtor's Motion to Modify Confirmed Chapter 13 Plan, the Court, after reviewing the pleadings and record, orders the Debtor's Motion to Modify Confirmed Chapter 13 Plan is granted.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: March 8, 2023